# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 JUN -2 AM 9: 43
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GERALD H. MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV411-065 |
| ) | |
| WARDEN STANLEY WILLIAMS, ) | |
| and STATE BOARD OF PARDONS ) | |
| and PAROLES, et al, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of June, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA