UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERALD H. MILLER,

Petitioner,

v.  4:11-cv-65

WARDEN STANLEY WILLIAMS, and STATE BOARD OF PARDONS and PAROLES, et al,

Respondents.

This 21st day of June 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Miller has moved for a Certificate of Appealability ("COA") and for the right to appeal *in forma pauperis* ("IFP"). *See* Docs. 11, 12, 15. The Magistrate Judge recommended that the Court dismiss his § 2255 motion as successive. *See* Doc. 5 (Report and Recommendation ("R&R")). The Magistrate Judge also recommended that the Court deny a COA and the ability to appeal IFP. *See* Doc. 5 at 7. This Court adopted the R&R on June 2, 2011, and dismissed Miller's case. *See* Docs. 9, 10. Miller's motions, *see* Docs. 11, 12, are **DENIED** for the reasons set forth in the R&R. *See* Doc. 5 at 7.

Miller also moves to recuse the undersigned and Magistrate Judge Smith from this case because "[t]he Judges are bias [sic] in fact." *See* Doc. 13. Miller does not allege any conflict of interest, but instead rails against this Court's adverse rulings. *See id.* His motion, *see* Doc. 13, is **DENIED**.