UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**GERALD H. MILLER,**

Petitioner,

v.                          4:11-cv-65

**WARDEN STANLEY WILLIAMS, and STATE BOARD OF PARDONS and PAROLES, et al.,**

**Respondents.**

## ORDER

Before the Court is Petitioner Gerald H. Miller's ("Miller") "Objections to the Court's Denial of his Motions in Opposition to the State's Censorship of Petition[er]'s Mail," which the Eleventh Circuit Court of Appeals has construed as a Motion for Reconsideration. Docs. 53; 56; *see also* FED. R. APP. P. 4(a)(4).

"Federal courts grant [reconsideration of previous orders] only for extraordinary circumstances." *Frederick v. Kirby Tankships, Inc.*, 205 F.3d 1277, 1288 (11th Cir. 2000). "Reconsideration may be necessary [only] if there is (1) newly discovered evidence, (2) an intervening development or change in controlling law, or (3) the need to correct a clear error or prevent manifest injustice." *Ramos-Barrientos v. Bland*, 728 F. Supp. 2d 1360, 1382-83 (S.D. Ga. 2010) (quoting *Jersawitz v. People TV*, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999)).

Miller fails to show that any of the grounds for reconsideration exist here. For this reason, and those reasons stated in the Court's August 13, 2012 Order denying his previous motions, Miller's Motion for Reconsideration, Doc. 53, is ***DENIED.***

This 3 day of October 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA